UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOUNTHANOM NA DIDYAVONG,<br><br>                Petitioner,<br>v.<br><br>MICHAEL YARBOROUGH, Warden,<br><br>                Respondent. | Civil No. 03cv2167 JAH(WMc)<br><br>**ORDER DENYING PETITIONER'S REQUEST FOR CERTIFICATE OF APPEALABILITY** |

      Petitioner, a state prisoner appearing *pro se*, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 24, 2006, this Court entered an order adopting the magistrate judge's report and recommendation to deny the instant petition in its entirety. *See* Doc. # 62. Petitioner, on September 11, 2006, filed a notice of appeal of this Court's August 24, 2006 order along with a motion seeking a certificate of appealability.

      A state prisoner may not appeal the denial of a Section 2254 habeas petition unless he obtains a certificate of appealability ("COA") from a district or circuit judge. 28 U.S.C. § 2253(c)(1)(A); *see also* United States v. Asrar, 116 F.3d 1268, 1269-70 (9th Cir. 1997) (holding that district courts retain authority to issue Certificates of Appealability for Section 2254 cases). In deciding whether to grant a COA, a court must either indicate the specific issues supporting a certificate or state reasons why a certificate is not warranted. *See* Asrar, 116 F.3d at 1270. A COA is authorized "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To meet the

threshold "substantial showing of the denial of a constitutional right," Petitioner must show that: (1) the issues are debatable among jurists of reason; or (2) that a court could resolve the issues in a different manner; or (3) that the questions are adequate to deserve encouragement to proceed further. Lambright v. Stewart, 220 F.3d 1022, 1024-25 (9th Cir. 2000)(citing Slack v. McDaniel, 529 U.S. 473 (2000) and Barefoot v. Estelle, 463 U.S. 880 (1983)).

Here, the magistrate judge, after a thorough analysis of petitioner's claims, recommended that the instant petition be denied on its merits in its entirety. Neither party filed objections to the magistrate judge's findings and conclusions presented in the report and recommendation. This Court, after conducting a *de novo* review of the record, independently reviewing the magistrate judge's report and all relevant papers submitted by both parties, agreed with the magistrate judge's findings, conclusions and recommendations concerning the merits of petitioner's claims and adopted them in full.

Petitioner now presents eight issues he intends to present on appeal, essentially reasserting the claims he presented in his petition and subsequent pleadings. After a thorough review of these contentions and the record as a whole, this Court finds that none of petitioner's contentions present a question of substance debatable among jurists, could be resolved in a different manner, or deserve to proceed further. Lambright, 220 F.3d at 1024-25. Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate of appealability is **DENIED.**

DATED: September 13, 2006

_____
HON. JOHN A. HOUSTON
United States District Judge